No. 1044, Misc.   LION MANUFACTURING CORP. ET AL. *v.* McGUIRE, CHIEF JUDGE, U. S. DISTRICT COURT.   Motion for leave to file petition for writ of mandamus denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this motion.   *Paul R. Connolly, E. Barrett*

*Prettyman, Jr.* and *Martin M. Nelson* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Morton Hollander* for respondent.